**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual       12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Champions League, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   None known.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   4 7 - 1 3 0 3 3 3 7
   EIN

5. **Debtor's address**

   **Principal place of business**

   | 630 | Fifth Avenue |
   Number | Street

   20th Floor

   | New York | NY | 10111 |
   City | State | ZIP Code

   New York County
   County

   **Mailing address, if different**

   | 108 | 2nd Street |
   Number | Street

   P.O. Box

   | Excelsior | MN | 55331 |
   City | State | ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City    State    ZIP Code

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 1

Debtor  Champions League, Inc.                                Case number (if known) _____
       Name

**6. Debtor's website** (URL)    http://www.champshoops.com

**7. Type of debtor**
- [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

**8. Type of debtor's business**

Check one:
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [X] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- [X] No
- [ ] Yes. Debtor _____ Relationship _____
       District _____ Date filed _____ Case number, if known _____
                                              MM / DD / YYYY

       Debtor _____ Relationship _____
       District _____ Date filed _____ Case number, if known _____
                                              MM / DD / YYYY

**Part 3: Report About the Case**

**10. Venue**

Check one:
- [X] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- [X] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- [X] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  Champions League, Inc.
        Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Gary Akerstrom | secured debt* | $ 130,000.00 |
| GSA Foundation | secured debt* | $ 130,000.00 |
| Frank Lamond IRA | secured debt* | $ 26,000.00 |
| | Total of petitioners' claims | $ 286,000.00 |

*Petitioners understand the value of their lien to be at or near $0.

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Gary Akerstrom
Name

425 | Talmage Road
Number | Street

Ukiah | CA | 95482
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/10/2018
            MM / DD / YYYY

X _Signature_
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name

Firm name, if any

Number  Street

City  State  ZIP Code

Contact phone _____ Email _____

Bar number

State

X _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor   Champions League, Inc.
         Name

Case number (if known) _____

### Name and mailing address of petitioner

Name: GSA Foundation

Number: 425   Street: Talmage Road

City: Ukiah   State: CA   ZIP Code: 95482

### Name and mailing address of petitioner's representative, if any

Name: _____

Number: _____   Street: _____

City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/10/2018 (MM/DD/YYYY)

X [signature] (Pres)
Signature of petitioner or representative, including representative's title

Printed name: _____

Firm name, if any: _____

Number: _____   Street: _____

City: _____   State: _____   ZIP Code: _____

Contact phone: _____   Email: _____

Bar number: _____

State: _____

X _____
Signature of attorney

Date signed _____ MM/DD/YYYY

---

### Name and mailing address of petitioner

Name: Frank Lamond IRA

Number: 1813   Street: Coconut Palm Circle

City: North Port   State: FL   ZIP Code: 34288

### Name and mailing address of petitioner's representative, if any

Name: _____

Number: _____   Street: _____

City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ MM/DD/YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name: _____

Firm name, if any: _____

Number: _____   Street: _____

City: _____   State: _____   ZIP Code: _____

Contact phone: _____   Email: _____

Bar number: _____

State: _____

X _____
Signature of attorney

Date signed _____ MM/DD/YYYY

Debtor  Champions League, Inc.                     Case number (if known) _____
        Name

**Name and mailing address of petitioner**

Name: GSA Foundation

Number / Street: 425  Talmage Road

City: Ukiah    State: CA    ZIP Code: 95482

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number / Street: _____

City: ____    State: ____    ZIP Code: ____

Printed name: _____

Firm name, if any: _____

Number / Street: _____

City: ____    State: ____    ZIP Code: ____

Contact phone: ____    Email: ____

Bar number: ____

State: ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____ / ____ / ____ (MM/DD/YYYY)

✗ _____
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed ____ / ____ / ____ (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: Frank Lamond IRA

Number / Street: 1813 Coconut Palm Circle

City: North Port    State: FL    ZIP Code: 34288

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number / Street: _____

City: ____    State: ____    ZIP Code: ____

Printed name: _____

Firm name, if any: _____

Number / Street: _____

City: ____    State: ____    ZIP Code: ____

Contact phone: ____    Email: ____

Bar number: ____

State: ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/7/2018  2018 (MM/DD/YYYY)

✗ [signature]
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed ____ / ____ / ____ (MM/DD/YYYY)